FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 AUG 23  AM 11:33
LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FOSTER P. BREAUX** | **CIVIL ACTION** |
| **VERSUS** | **NO: 05-0093** |
| **UNITED STATES SECRETARY OF HEALTH AND HUMAN SERVICES** | **SECTION: "N" (4)** |

## ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly,

**IT IS ORDERED** that the ALJ's decision denying Foster P. Breaux's Supplemental Security Income Benefits is **AFFIRMED**.

New Orleans, Louisiana, this 23rd day of August, 2006.

_____
**UNITED STATES DISTRICT JUDGE**

\_\_ Fee\_\_\_\_
\_\_ Process\_\_
X  Dktd\_\_\_\_
\_\_ CtRmDep\_\_
\_\_ Doc. No\_\_